JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RUBEN ONESIMO SENA, | ) | No. CV 05-07880-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN MARSHALL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition"),

**IT IS ADJUDGED** that the Petition is dismissed as Moot.

DATED: August 26, 2009

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE